# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GABRIEL ZAMORA, | Case No.: 1:18-cv-00905 DAD JLT |
| Plaintiff, | ORDER CONTINUING SCHEDULING CONFERENCE AND EXTENDING RESPONSIVE PLEADING DEADLINE |
| v. | |
| WEATHERFORD ARTIFICIAL LIFT SYSTEMS, LLC., | |
| Defendant. | |

The parties have stipulated to stay the case to allow mediation. (Doc. 4) Rather than do that and to keep the case on track, the Court **ORDERS**:

1. The stipulation to stay the action (Doc. 4) is **DENIED**;

2. The scheduling conference is continued to **December 3, 2018**;

3. The responsive pleading **SHALL** be filed no later than **September 10, 2018**.

IT IS SO ORDERED.

Dated: **July 13, 2018**          **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE