# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GABRIEL ZAMORA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>WEATHERFORD ARTIFICIAL LIFT SYSTEMS, LLC.,<br><br>　　　　Defendant. | Case No.: 1:18-cv-00905 DAD JLT<br><br>ORDER GRANTING STIPULATION TO EXTEND DEADLINE TO FILE THE RESPONSIVE PLEADING (Doc. 6)<br><br>ORDER CONTINUING SCHEDULING CONFERENCE |

The parties have stipulated to extend the deadline for the defendant to file its responsive pleading. (Doc. 6) They have agreed to engage in mediation and anticipate this process will be complete by December 10, 2018. Id. at 2. Thus, the Court **ORDERS**:

1. The stipulation to extend the deadline for the defendant to file its responsive pleading is **GRANTED**. The responsive pleading **SHALL** be filed no later than December 10, 2018;

2. The mandatory scheduling conference is **CONTINUED** to **January 4, 2019 at 9 a.m. The Court will entertain no further requests for extensions of time related to the responsive pleading or the scheduling conference.**

IT IS SO ORDERED.

Dated: **September 10, 2018**　　　　　　**/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE