# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GABRIEL ZAMORA,<br><br>   Plaintiff,<br><br>  v.<br><br>WEATHERFORD ARTIFICIAL LIST SYSTEMS, LLC,<br><br>   Defendant. | Case No.: 1:18-cv-0905- DAD - JLT<br><br>ORDER AFTER NOTICE OF SETTLEMENT<br><br>(Doc. 8) |

On December 10, 2018, Defendant informed the Court the parties engaged in mediation and "reached a settlement of all parties as to all claims." (Doc. 8) Accordingly, the Court **ORDERS**:

1. A Stipulation of Dismissal **SHALL** be filed no later than **January 4, 2019**; and
2. All other pending deadlines, conferences, and hearings are **VACATED**.

**The parties are advised that failure to comply with this order may result in the Court imposing sanctions, including the dismissal of the action.**

IT IS SO ORDERED.

 Dated: **December 11, 2018**     **/s/ Jennifer L. Thurston**
                    UNITED STATES MAGISTRATE JUDGE